IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GUYLAND LLC, | ) | CIVIL NO. 22-00270 HG-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOE DEFENDANTS 1-50; | ) | |
| MOANAKANE'OKAULELEAIWI'IKAMOK | ) | |
| UKI'EKI'E MOKIAO; KEOLA WAYNE | ) | |
| KALEIMAMAHU; SQUATTER | ) | |
| DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER REMANDING PROCEEDINGS**

On June 13, 2022, the Complaint for Ejectment in Civil No. 1CCV-21-0001536 filed in the Circuit Court of the First Circuit, State of Hawaii, was removed to this Court by Defendant Moanakane'okauleleaiwi'ikamokuki'eki'e Mokiao. (ECF No. 1).

On the same date, Defendant Mokiao filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 2).

The Court lacks subject-matter jurisdiction over the Complaint for Ejectment. Removal was improper pursuant to 28 U.S.C. 1446.

There was no basis for removal based on a federal question. There are no federal questions presented in the Hawaii State Complaint for Ejectment in 1CCV-21-0001536. (Complaint for Ejectment, attached as Ex. 3 to Notice of Removal, ECF No. 1-3).

Subject-matter jurisdiction based on a federal question

cannot be based on a defense or claim raised by a defendant, but it must "be disclosed on the face of the complaint." Provincial Gov't of Marinduque v. Placer Dome, Inc., 582 F.3d 1083, 1086-87 (9th Cir. 2009).

There was no basis for removal based on diversity jurisdiction. Defendant Mokiao is a citizen of the State of Hawaii. The forum-defendant rule provides that a defendant who is a citizen of the State in which the action was brought is precluded from removing the action to federal court on the basis of diversity jurisdiction. 28 U.S.C. § 1441(b)(2); see Trotta v. URS Fed. Srvs., Inc., 532 F.Supp.3d 985, 989 (D. Haw. 2021).

In addition, there is not complete diversity between the Plaintiff and the Defendants.

There was no basis for removal by Defendant Mokiao that would provide the Court with subject-matter jurisdiction over the Complaint.

The case and all files herein are **REMANDED** to the Circuit Court of the First Circuit, State of Hawaii for further proceedings.

//
//
//
//
//
//
//

The Application to Proceed Without Prepaying Fees or Costs (ECF No. 2) is **DENIED as MOOT.**

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, June 14, 2022.



Helen Gillmor
United States District Judge

Guyland LLC v. Doe Defendants 1-50; Moanakane'okauleleaiwi'ikamokuki'eki'e Mokiao Keola Wayne Kaleimamahu; Squatter Defendants 1-50, Civ. No. 22-00270 HG-RT; **ORDER REMANDING PROCEEDINGS**